IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELWOOD SMALL** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 23-CV-4809** |
| | : | |
| **THEODORE W. JOHNSON,** *et al.* | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 3rd day of June, 2024, upon consideration of Elwood Small's *pro se* Complaint (ECF No. 1), the Defendants' Motion to Dismiss (ECF No. 16), Small's Motion in Opposition (ECF No. 18), and Defendants' Reply (ECF No. 19) it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reclassify Small's "Motion in Opposition" as a "Response" to the Defendants' Motion to Dismiss and terminate Small's Motion.

2. The Defendants' Motion to Dismiss Small's Complaint is **GRANTED**.

3. The Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum. No leave to amend is granted.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*